

Jeffrey A. Kimmel

Akerman LLP
1251 Avenue of the Americas, 37th
Floor | New York, NY 10020
D: 212-259-6435 | C: 917-837-0121

July 20, 2023

**VIA ECF**
The Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

**Re:**  *Mbaye et al v. RCI Hospitality Holdings, Inc. et al*
  **Case No.  1:23-cv-02967(VSB)**

Dear Judge Broderick:

  We represent Defendants RCI Hospitality Holdings, Inc., Peregrine Enterprises Inc., RCI 33rd Ventures, Inc., 48 West 33rd Street Corp., RCI Dining Services (37th Street), Inc., Eric Langan, and Kes Senevi (collectively "Defendants") in the above-captioned matter. We respectfully write to request a 30-day adjournment of the deadline to respond to the Complaint from July 24, 2023 through up to and until August 23, 2023.

  The foregoing extension is requested because the parties will be mediating this case through the Southern District of New York's mediation program on August 8, 2023, and the mediation may obviate the need to respond to the Complaint or otherwise litigate this case. This is Defendants' first request for an extension of time to respond to the Complaint.  No other deadlines will be affected by this request.

  Thank you for your consideration.

Respectfully Submitted,

*/s/ Jeffrey A. Kimmel*

Jeffrey A. Kimmel
Partner
For the Firm

cc:   Plaintiffs' attorney (via ECF)

akerman.com

71795184;1