```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
Edhadji Mbaye, and Modou Diop, *on behalf of*      :
*themselves and others similarly situated in the*    :
*proposed FLSA Collective Action*,                  :
:                        23-cv-2967 (LJL)
                    Plaintiffs,          :
:                             ORDER
:
     -v-                                         :
:
RCI Hospitality Holdings, Inc., Peregrine          :
Enterprises Inc. (d/b/a Rick's Cabaret New York),  :
RCI 33rd Ventures, Inc. (d/b/a Hoops Cabaret and   :
Sports Bar), 48 West 33rd Street Corp. (d/b/a      :
Hoops Cabaret and Sports Bar), RCI Dining          :
Services (37th Street), Inc. (d/b/a Vivid Cabaret),:
Eric Langan, and Kes Senevi,                       :
:
                    Defendants.         :
:
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

       This matter was referred to Judge Lewis J. Liman, who is on Part 1 duty this week.  The Court held a hearing on Plaintiffs' request for an emergency preliminary injunction today, August 10, 2023, at 6:00 p.m.  The Court schedules an in-court hearing on the preliminary injunction before Judge Vernon S. Broderick on August 28, 2023, at 4:00 p.m.  Defendants shall submit their opposition brief, if any, by August 21, 2023.  Plaintiffs shall submit their reply brief, if any, by August 24, 2023.

       SO ORDERED.

Dated: August 10, 2023
       New York, New York                          _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge