# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

August 24, 2023

<u>VIA ECF</u>
The Honorable Vernon S. Broderick, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square New York, NY 10007

      Re: *Mbaye et al v. RCI Hospitality Holdings, Inc. et al*
        <u>Case No.: 23-cv-02967</u>

Dear Honorable Judge Broderick:

  This law firm represents Plaintiffs Edhadji Mbaye, Modou Diop, Talla Samb and Tahirou Diakite (collectively, the "Plaintiffs") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request: (i) an extension of time to file Plaintiffs' reply in support of their motion for preliminary injunction and motion for leave to file an amended complaint from August 24, 2023 to, through and including, August 31, 2023; and (ii) an adjournment of the in-person settlement conference scheduled for Monday, August 28, 2023 to a date and time set by the Court after August 31, 2023.

  This is the first request of its kind, and is made on consent of counsel for Defendants 48 West 33rd Street Corp., Peregrine Enterprises Inc., RCI 33rd Ventures, Inc., RCI Dining Services (37th Street), Inc., RCI Hospitality Holdings, Inc. (collectively, the "Corporate Defendants"), Eric Langan, and Kes Senevi (together, the "Individual Defendants", and together with the Corporate Defendants, the "Defendants").

  The basis of this request is that counsel for the parties are attempting to resolve the narrow issues raised in Plaintiffs' pending motions, thereby obviating the need for judicial intervention.

  Thank you, in advance, for your time and attention to this matter.

              Respectfully submitted,

              LEVIN-EPSTEIN & ASSOCIATES, P.C.

           By:  */s/ Jason Mizrahi*
             Jason Mizrahi, Esq.
             60 East 42nd Street, Suite 4700
             New York, New York 10165
             Tel. No.: (212) 792-0048
             Email: Jason@levinepstein.com
             *Attorneys for Plaintiffs*

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 08/25/2023

Plaintiffs' deadline to file their reply in support of their motion for a preliminary injunction and motion for leave to file an amended complaint is hereby extended to August 31, 2023. The in-court hearing on the preliminary injunction scheduled for August 28, 2023 at 4:00 PM is hereby adjourned to September 14, 2023 at 4:00 PM. SO ORDERED.

1