UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Edhadji Mbaye, Modou Diop, Tahirou Diakite, and Talla Samb, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

                                       *Plaintiffs*,

            - against -

RCI Hospitality Holdings, Inc., Peregrine Enterprises Inc. (d/b/a Rick's Cabaret New York), RCI 33rd Ventures, Inc. (d/b/a Hoops Cabaret and Sports Bar), 48 West 33rd Street Corp. (d/b/a Hoops Cabaret and Sports Bar), RCI Dining Services (37th Street), Inc. (d/b/a Vivid Cabaret), Eric Langan, and Kes Senevi,

                                       *Defendants*.
-------------------------------------------------------------X

Case No.: 1:23-cv-02967-VSB

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties hereto, that Plaintiffs' motion for a preliminary injunction, and motion for leave to file an amended complaint [Dckt. Nos. 16-19], are hereby dismissed, without prejudice, and without costs to any party and this stipulation may be filed with the Clerk of the Court without further notice.

Date:  New York, New York
         August 31, 2023

| | |
|---|---|
| LEVIN-EPSTEIN & ASSOCIATES, P.C. | AKERMAN LLP |
| By: /s/ *Jason Mizrahi* | By: /s/ *Jeffrey A. Kimmel* |
|     Jason Mizrahi |     Jeffrey A. Kimmel, Esq. |
|     60 East 42nd Street, Suite 4700 |     1251 Avenue of the Americas, 37th Floor |
|     New York, NY 10165 |     New York, NY 10020 |
|     Tel. No.: (212) 792-0048 |     (212) 880-3800 |
|     *Attorney for Plaintiffs* |     *Attorneys for Defendants* |