SO ORDERED: 09/06/2023

*[signature]*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

Edhadji Mbaye, Modou Diop, Tahirou Diakite, and Talla Samb, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action*,

                             *Plaintiffs*,

- against -

RCI Hospitality Holdings, Inc., Peregrine Enterprises Inc. (d/b/a Rick's Cabaret New York), RCI 33rd Ventures, Inc. (d/b/a Hoops Cabaret and Sports Bar), 48 West 33rd Street Corp. (d/b/a Hoops Cabaret and Sports Bar), RCI Dining Services (37th Street), Inc. (d/b/a Vivid Cabaret), Eric Langan, and Kes Senevi,

                             *Defendants*.
-----------------------------------------------------------------X

Case No.: 1:23-cv-02967-VSB

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties hereto, that Plaintiffs' motion for a preliminary injunction, and motion for leave to file an amended complaint [Dckt. Nos. 16-19], are hereby dismissed, without prejudice, and without costs to any party and this stipulation may be filed with the Clerk of the Court without further notice.

Date:   New York, New York
           August 31, 2023

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: /s/ *Jason Mizrahi*
     Jason Mizrahi
     60 East 42nd Street, Suite 4700
     New York, NY 10165
     Tel. No.: (212) 792-0048
     *Attorney for Plaintiffs*

AKERMAN LLP

By:   /s/ *Jeffrey A. Kimmel*
     Jeffrey A. Kimmel, Esq.
     1251 Avenue of the Americas, 37th Floor
     New York, NY 10020
     (212) 880-3800
     *Attorneys for Defendants*