UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Edhadji Mbaye, and Modou Diop, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action*,<br><br>        *Plaintiffs*,<br><br>-against-<br><br>RCI Hospitality Holdings, Inc., Peregrine Enterprises Inc. (d/b/a Rick's Cabaret New York), RCI 33rd Ventures, Inc. (d/b/a Hoops Cabaret and Sports Bar), 48 West 33rd Street Corp. (d/b/a Hoops Cabaret and Sports Bar), RCI Dining Services (37th Street), Inc. (d/b/a Vivid Cabaret), Eric Langan, and Kes Senevi,<br><br>        *Defendants*. | Case No. l:23-cv-02967-VSB<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PEREGRINE ENTERPRISES, INC. D/B/A RICK'S CABARET NEW YORK** |

  Defendant PEREGRINE ENTERPRISES, INC. dba RICK'S CABARET NEW YORK ("Rick's Cabaret"), through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby states that defendant Rick's Cabaret, is a subsidiary of RCI HOSPITALITY HOLDINGS INC., fka RICK'S CABARET INTERNATIONAL, INC ("RCIHH"), and RCIHH has no parent corporation or publicly held corporation that owns 10% or more of its stock.

Date: New York, New York
    October 4, 2023

                     Respectfully submitted

                     *AKERMAN LLP*

                     */s/ Jeffrey Kimmel*
                     Jeffrey Kimmel, Esq.
                     1251 Avenue of the Americas, 37th Floor
                     New York, New York 10020
                     jeffrey.kimmel@akerman.com
                     *Attorneys for Defendant Peregrine Enterprises, Inc.*