UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDHADJI MBAYE, et al.,<br><br>                           Plaintiff(s),<br><br>v.<br><br>RCI HOSPITALITY HOLDINGS, INC., et al.,<br><br>                           Defendant(s). | 23-CV-2967 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.  The post-discovery conference scheduled for April 12, 2024 shall be held instead on **April 11, 2024, at 10:00 a.m. (E.T.)**.  The parties are directed to dial +1 646-453-4442, enter the meeting ID number (234715158), and enter the pound (#) sign.  Unless and until the Court orders otherwise, all other prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: November 7, 2023
       New York, New York

                                                    DALE E. HO
                                       United States District Judge