



Jeffrey A. Kimmel

Akerman LLP
1251 Avenue of the Americas, 37th
Floor | New York, NY 10020
D: 212-259-6435 | C: 917-837-0121

December 21, 2023

<u>VIA ECF</u>

The Honorable Judge Dale E Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Mbaye et al v. RCI Hospitality Holdings, Inc. et al*
      <u>Case No.  1:23-cv-02967(DEH)</u>

Dear Judge Ho:

We represent Defendants RCI Hospitality Holdings, Inc., Peregrine Enterprises Inc., RCI 33rd Ventures, Inc., 48 West 33rd Street Corp., RCI Dining Services (37th Street), Inc., Eric Langan, and Kes Senevi (collectively "Defendants") in the above-captioned matter. We respectfully write to request a deadline to file an opposition brief to Plaintiffs' motion for collective certification, up to and until January 19, 2024.

This is Defendants' first request for an extension of time for its opposition to Plaintiffs' motion. The current deadline is December 28, 2023. Pursuant to this request, Defendants also request a January 26, 2024 deadline for Plaintiffs' reply brief. The foregoing extension is requested because, due to the holidays and vacation schedules, Defendants need the additional time to submit their briefing. Plaintiffs consent to this requested extension. The next conference before the Court is the post-discovery conference scheduled for April 11, 2024.

Thank you for your consideration of this request.

Respectfully Submitted,

<u>/s/ Jeffrey A. Kimmel</u>
Jeffrey A. Kimmel
Partner
For the Firm

akerman.com

The Honorable Dale E. Ho
December 21, 2023
Page 2

_____

cc: Plaintiffs' attorney (via ECF)

Application GRANTED.  Defendants shall file their opposition by **January 19, 2024**.  Plaintiffs shall file their reply by **January 26, 2024**.

SO ORDERED.

The Clerk of Court is respectfully requested to terminate ECF No. 59.

*[signature]*

Dale E. Ho
United States District Judge
New York, New York
Dated: December 21, 2023