



Jeffrey A. Kimmel

Akerman LLP
1251 Avenue of the Americas, 37th
Floor | New York, NY 10020
D: 212-259-6435 | C: 917-837-0121

January 16, 2024

**Application GRANTED.  Defendants shall file an opposition by January 26, 2024.  Plaintiffs shall file a reply by February 19, 2024.**

**SO ORDERED.**

**The Clerk of Court is respectfully requested to terminate ECF No. 64.**

**VIA ECF**

The Honorable Judge Dale E Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dale E. Ho
United States District Judge
New York, New York
Dated: January 17, 2024

Re:     *Mbaye et al v. RCI Hospitality Holdings, Inc. et al*
        <u>Case No.  1:23-cv-02967(DEH)</u>

Dear Judge Ho:

    We represent Defendants RCI Hospitality Holdings, Inc., Peregrine Enterprises Inc., RCI 33rd Ventures, Inc., 48 West 33rd Street Corp., RCI Dining Services (37th Street), Inc., Eric Langan, and Kes Senevi (collectively "Defendants") in the above-captioned matter. We respectfully write to request a deadline to file an opposition brief to Plaintiffs' motion for conditional collective certification, of up to and until January 26, 2024.

    This is Defendants' second request for an extension of time for its opposition to Plaintiffs' motion. The current deadline is January 19, 2024. The foregoing extension is requested because the parties are discussing a potential agreement on conditional collective certification and need the additional time discuss details of the agreement, which may obviate the need for consideration of the motion. Defendants also respectfully request an extension of Plaintiffs' deadline to file their reply brief from February 12, 2024 to February 19, 2024. The next conference before the Court is the post-discovery conference for April 11, 2024. Plaintiffs' counsel consent to this requested extension.

    Thank you for your consideration of this request.

Respectfully Submitted,

*/s/ Jeffrey A. Kimmel*
Jeffrey A. Kimmel
Partner

akerman.com

The Honorable Dale E. Ho
January 16, 2024
Page 2

_____


For the Firm

cc:     Plaintiffs' attorney (via ECF)