



Jeffrey A. Kimmel

Akerman LLP
1251 Avenue of the Americas, 37th Floor | New York, NY 10020
D: 212-259-6435 | C: 917-837-0121

July 9, 2024

**Application GRANTED.** The post-discovery conference is adjourned to **July 25, 2024, at 11:00 a.m. (E.T.)**. The parties shall dial 646-453-4442, enter the meeting code 234715158, and press pound (#).

SO ORDERED. The Clerk of Court is respectfully requested to terminate ECF No. 107.

Dale E. Ho
United States District Judge
New York, New York
Dated: July 9, 2024

<u>**VIA ECF**</u>

The Honorable Judge Dale E Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Mbaye et al v. RCI Hospitality Holdings, Inc. et al*
      <u>Case No. 1:23-cv-02967(DEH)</u>

Dear Judge Ho:

We represent Defendants RCI Hospitality Holdings, Inc., Peregrine Enterprises Inc., RCI 33rd Ventures, Inc., 48 West 33rd Street Corp., RCI Dining Services (37th Street), Inc., Eric Langan, and Kes Senevi (collectively "Defendants") in the above-captioned matter. We respectfully write to request an adjournment of the case management conference currently scheduled for July 18, 2024. This request is being made because the undersigned counsel for Defendants will be on vacation from July 17 through July 19 and will therefore be unable to the attend the conference as currently scheduled. Counsel for Defendants is generally available for a conference between July 22 and 25, except for between 11 am and 12 pm on July 24. Plaintiffs' counsel consents to this requested adjournment.

This is the first stand-alone request for an adjournment of the post-discovery case management conference. On June 12, 2024, Defendants requested an adjournment of the case management conference which was part of a request to extend the discovery deadline in this case. The request to extend the discovery deadline was granted but the request for an adjournment of the case management conference was denied because the extension of the discovery deadline did not interfere with the case management conference, and thus there was no need at the time to adjourn the conference.

We thank Your Honor for consideration of this request.

Respectfully Submitted,

akerman.com

77158337;1

The Honorable Dale E. Ho
July 9, 2024
Page 2
_____


*/s/ Jeffrey A. Kimmel*
Jeffrey A. Kimmel
Partner
For the Firm

cc:     Plaintiffs' attorney (via ECF)

77158337;1