UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDHADJI MBAYE, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>RCI HOSPITALITY HOLDINGS, INC., et al.,<br><br>        Defendants. | 23-CV-2967 (DEH)<br><br>**<u>ORDER</u>** |

DALE E. HO, United States District Judge:

  As discussed on the record before the Court on July 25, 2024, Defendants shall file their motion for summary judgment by **September 16, 2024**. Plaintiffs shall respond by **October 16, 2024**. Defendants shall file a reply by **November 1, 2024**. The requested referral for settlement will issue separately.

  SO ORDERED.

Dated: July 25, 2024
    New York, New York

                             DALE E. HO
                             United States District Judge