**MEMO ENDORSED**

# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

January 6, 2025

**VIA ECF**
The Hon. Dale E. Ho, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

        Re:   *Mbaye et al v. RCI Hospitality Holdings, Inc. et al*
              **Case No.: 23-cv-02967**

Dear Honorable Judge Ho:

This law firm is counsel to the Plaintiffs in the above-referenced action.

Pursuant to Your Honor's Individual Motion Practice Rules 2(e), the instant letter motion respectfully serves to request a one (1) week extension of: (i) Plaintiffs' deadline to file their opposition to Defendants' motion for summary judgment [Dckt. Nos. 118-122] (the "Motion for Summary Judgment") from January 10, 2025 to, through and including January 17, 2025; as well as a corresponding one (1) week extension of: (ii) Defendants' deadline to file their reply in support of the Motion for Summary Judgment from February 3, 2025 to, through and including, February 10, 2025.

This is the fourth[1] request of its kind, and is made on consent of Defendants. If granted, the instant request would not affect any other scheduled deadlines.

There are extenuating circumstances surrounding the instant request, and the instant request is not made lightly. The undersigned has extremely limited availability this week, due to unforeseeable travel and religious obligations. Specifically, a bris milah. A second, independent, basis also necessitates the instant request. The undersigned law firm has conflicting availability this week, due to an in-person settlement conference in the matter captioned *Jessica Rios Rodriguez, et al. v. Home Box Office, Inc., et al.*, Case No. cv-24-1950. This matter, venued before the Ulster County Supreme Court, will also necessitate travel obligation.

In light of the foregoing, a short extension of the existing briefing schedule is needed.

Application **GRANTED**. The parties shall adhere to the briefing schedule proposed herein. SO ORDERED. The Clerk of Court is respectfully directed to terminate ECF No. 127.

Dated: January 6, 2025
New York, New York

*/s/ Dale E. Ho*
Dale E. Ho
United States District Judge

Respectfully Submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:   */s/ Jason Mizrahi*
       Jason Mizrahi
       60 East 42nd Street, Suite 4747
       New York, NY 10170
       Tel. No.: (212) 792-0048
       *Attorneys for Plaintiffs*

VIA ECF: All Counsel

---

[1] The initial two (2) requests, were made by counsel for Defendants, on consent of Plaintiffs. [*See* Dckt. Nos. 113, 123]. The prior request [Dckt. No. 125] was Plaintiffs first request for an extension, made on consent of Defendants.

1