**MEMO ENDORSED**

## LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

February 19, 2026

**VIA ECF**
The Hon. Dale E. Ho, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Mbaye et al v. RCI Hospitality Holdings, Inc. et al*
      **Case No.: 23-cv-02967**

Dear Honorable Judge Ho,

This law firm represents Plaintiffs Elhadji Mbaye, Modou Diop, Talla Samb, and Tahirou Diakite's (collectively, the "Plaintiffs") in the above-referenced matter. This letter is submitted jointly with counsel for Defendants.[1]

Pursuant to the directives contained in Your Honor's February 12, 2026 Memo Endorsement [Dckt. No. 149], the instant letter respectfully serves to provide the Court with a status update.

**Defendants' Position Statement:**

Defendants' estimate for the length of trial is 3-4 days. Defendants are available for trial on the following dates:

1.   June 15-18, 2026

2.   July 22-24, 2026

3.   August 10-14, 2026

4.   August 17-21, 2026

Additionally, addressing Plaintiffs' statement below their availability for trial, which was added only after Defendants provided their availability— it is patently false that Defendants have engaged in "obstructionist tactics." Defendants simply filed a motion for summary judgment pursuant to FRCP Rule 56, which was their right and which was expressly allowed by this Court. Moreover, Plaintiffs' request for a trial in April or May 2026 is plainly improper given that (1) neither month was given as an option by this Court in its February 12, 2026 order; (2) because neither month was given as an option, Defendants have not been able to ascertain the availability of counsel or witnesses for trial in those months; and (3) holding trial in April or May would be untenable because it would not afford the parties sufficient time to adequately prepare for trial.

---

[1] "Defendants" collectively refers to RCI Hospitality Holdings, Inc. ("RCIHH"), Peregrine Enterprises Inc. (d/b/a Rick's Cabaret New York), RCI 33rd Ventures, Inc. (d/b/a Hoops Cabaret and Sports Bar), 48 West 33rd Street Corp. (d/b/a Hoops Cabaret and Sports Bar), RCI Dining Services (37th Street), Inc. (d/b/a Vivid Cabaret).

Lastly, Defendants do not request scheduling of a settlement conference or referral to a private mediator at this time.

**Plaintiffs' Position Statement:**

Plaintiffs' estimation for the length of trial is three (3) days. Plaintiffs are available for a trial on the following proposed dates:

1. June 1, 2026 – June 31, 2026;

2. July 15, 2026 – July 31, 2026; or

3. August 3, 2026 – August 14, 2026.

Plaintiffs are amenable to the scheduling of a settlement conference before a Magistrate Judge, and value the Court's efforts in facilitating a meaningful conversation between the parties. However, Plaintiffs respectfully submit that the scheduling of the settlement conference should not affect any other scheduled dates, including the trial date, or otherwise operate to suspend the action.

Based on Defendants' unavailability, Plaintiffs respectfully request the Court's earliest availability to conduct a trial in April or May 2026. The scheduling of a trial sooner, rather than later, is imperative where, as here, Defendants have engaged in obstructionist tactics, such as the filing of a motion for summary judgment on an inherently fact-laden issue, that was denied in total, resulting in more than a year of delay. [*See* Dckt. No. 114] (expressing concern "that the motion for summary judgment is being used to delay the case.")

Thank you, in advance, for your time and attention to this matter.

**Due to an unforeseen conflict on the Court's calendar, the Court cannot hold trial on July 22. The parties are directed to meet and confer and to submit a joint letter indicating their mutual availability for a three-day trial in the months of July, August, and September 2026, excluding the following dates: 7/20-24; 8/10-12; 8/31-9/4. The Clerk of Court is respectfully directed to terminate ECF No. 152.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: March 4, 2026
New York, New York

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
      Jason Mizrahi, Esq.
      420 Lexington Avenue, Suite 2458
      New York, NY 10170
      Tel. No.: (212) 792-0048
      Email: Jason@levinepstein.com
      *Attorneys for Plaintiffs*