UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDHADJI MBAYE, et al.

Plaintiffs,

v.

RCI HOSPITALITY HOLDINGS, INC., et al,

Defendants.

23-CV-2967 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to a potential scheduling conflict on the Court's calendar, the Parties are directed to state their mutual availability for a three-day jury trial in October or November of this year in a joint letter filed by Monday, August 17, 2026.

SO ORDERED.

Dated: August 12, 2026
New York, New York

DALE E. HO
United States District Judge