**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

August 17, 2026

***VIA ECF***
The Hon. Dale E. Ho, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Mbaye et al v. RCI Hospitality Holdings, Inc. et al*
**Case No.: 23-cv-02967**

Dear Honorable Judge Ho,

This law firm represents Plaintiffs Elhadji Mbaye, Modou Diop, Talla Samb, and Tahirou Diakite's (collectively, the "Plaintiffs") in the above-referenced matter. This letter is submitted jointly with counsel for Defendants.[1]

Pursuant to the directives contained in Your Honor's August 12, 2026 Memo Endorsement [Dckt. No. 159], the instant letter respectfully serves to provide the Court with a status update.

**Plaintiffs' Position Statement:**

Plaintiffs are available for a three (3) day trial on the following proposed dates:

1. October 7 – 9, 2026
2. October 12 – 16, 2026
3. October 20 – 23, 2026
4. October 26 – 30, 2026
5. November 2 – 6, 2026
6. November 9 – 13, 2026

Notably, despite Plaintiffs having offered six separate weeks of availability spanning October and November, Defendants have identified only a single available week — November 18-20, 2026 — for trial in this nearly three-year-old case. Moreover, Defendants have failed to provide any substantive, verifiable basis for their purported unavailability during the remaining five weeks proposed by Plaintiffs, offering only generalized references to undisclosed "witness unavailability," and unidentified "conflicting matters," without any further detail or documentation. Plaintiffs respectfully submit that this degree of unavailability, unaccompanied by any meaningful explanation, is unreasonable and should not be permitted to further delay the scheduling of trial.

The scheduling of a trial sooner, rather than later, is imperative where, as here, Defendants have engaged in obstructionist tactics, such as the filing of a motion for summary judgment on an

[1] "Defendants" collectively refers to RCI Hospitality Holdings, Inc. ("RCIHH"), Peregrine Enterprises Inc. (d/b/a Rick's Cabaret New York), RCI 33rd Ventures, Inc. (d/b/a Hoops Cabaret and Sports Bar), 48 West 33rd Street Corp. (d/b/a Hoops Cabaret and Sports Bar), RCI Dining Services (37th Street), Inc. (d/b/a Vivid Cabaret).

inherently fact-laden issue, that was denied in total, resulting in more than a year of delay. [*See* Dckt. Nos. 114, 150] (expressing concern "that the motion for summary judgment is being used to delay the case.")

**Defendants' Position Statement:**

As a preliminary matter, Defendants completely deny that they have engaged in any "obstructionist" tactics as baselessly alleged by Plaintiffs in a joint letter meant to only advise the Court of the parties' availability for trial. That being said, Defendants are available for a three (3) day trial on the following dates:

November 18-20, 2026

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi, Esq.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiffs*