akerman

Jeffrey A. Kimmel

Akerman LLP
1251 Avenue of the Americas, 37th
Floor | New York, NY 10020
D: 212-259-6435 | C: 917-837-0121

**Application GRANTED. The Conference is ADJOURNED to October 5, 2026 at 2:30 p.m. The Clerk of Court is respectfully directed to terminate ECF No. 166.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: August 19, 2026
New York, New York

August 19, 2026

**VIA ECF**

The Honorable Judge Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** ***Mbaye et al v. RCI Hospitality Holdings, Inc. et al***
**Case No. 1:23-cv-02967 (DEH)**

Dear Judge Ho:

We represent Defendants RCI Hospitality Holdings, Inc., Peregrine Enterprises Inc., RCI 33rd Ventures, Inc., 48 West 33rd Street Corp., RCI Dining Services (37th Street), Inc., Eric Langan, and Kes Senevi (collectively "Defendants") in the above-captioned matter. We write to inform the Court of a scheduling conflict with respect to the Thursday, October 8, 2026 at 2:00 p.m. pretrial conference scheduled by this Court yesterday, August 18, 2026.

Defendants' counsel has a previously scheduled arbitration hearing that will take place on October 7, 8, and 9, 2026. Accordingly, Defendants respectfully request that the pretrial conference scheduled for October 8, 2026 at 2:00 pm be changed to another available date.

We thank the Court for its consideration of this request.

Respectfully Submitted,

*/s/ Jeffrey A. Kimmel*
Jeffrey A. Kimmel
Partner
For the Firm

cc: Plaintiffs' attorney (via ECF)

Case 1:23-cv-02967-DEH Document 167 Filed 08/19/26 Page 2 of 2



________________________________