UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edhadji Mbaye, et al.,

Plaintiffs,

v.

RCI Hospitality Holdings, Inc., et al.,

Defendants.

23-CV-2967 (DEH)

ORDER

DALE E. HO, United States District Judge:

The parties' Joint Pre-Trial Order informs the Court that Plaintiffs object to the introduction of three witnesses by Defendants, on the grounds that they were not disclosed in Defendants' Rule 26(a) initial disclosures. *See* ECF No. 156, at 9. Defendants respond that these individuals were included in the Rule 26(a) initial disclosures as "club managers" and that their specific identities were disclosed in Defendants' interrogatory responses and other documents. *See id.* By **no later than Monday, September 28, 2026**, Defendants are directed to file with the Court the described Rule 26(a) initial disclosures and interrogatory responses, and to identify any proposed trial exhibits submitted by the parties in which these individuals are identified, as relevant to this dispute.

SO ORDERED.

Dated: September 24, 2026
New York, New York

DALE E. HO
United States District Judge