akerman

Jeffrey A. Kimmel

Akerman LLP
1251 Avenue of the Americas, 37th
Floor | New York, NY 10020
D: 212-259-6435 | C: 917-837-0121

September 28, 2026

**VIA ECF**

The Honorable Judge Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** ***Mbaye et al v. RCI Hospitality Holdings, Inc. et al***
**Case No. 1:23-cv-02967 (DEH)**

Dear Judge Ho:

We represent Defendants RCI Hospitality Holdings, Inc., Peregrine Enterprises Inc., RCI 33rd Ventures, Inc., 48 West 33rd Street Corp., RCI Dining Services (37th Street), Inc., Eric Langan, and Kes Senevi (collectively "Defendants") in the above-captioned matter. We respectfully write to request an adjournment of the trial in this matter, currently scheduled to begin on October 13, 2026, due to a serious family medical emergency affecting the undersigned.

My father was hospitalized approximately two weeks ago, initially for kidney failure, and then diagnosed with an aggressive form of multiple myeloma. He is 93 years old, is not responding to treatment, and his condition is deteriorating rapidly. He remains hospitalized and we are dealing with end-of-life issues at this time. I am his only child that resides locally and his health care proxy, and am responsible for managing his care.

Plaintiffs have asked us to include the following in this letter:

> Plaintiffs consent. Plaintiffs are mindful of the Court's calendar and respectfully request, if the Court's schedule permits, a trial date in November, excluding November 23 and 24, when counsel is scheduled to be on trial in another matter, and November 25 through 30, when counsel will be traveling.

Defendants also are not available November 3 due to an arbitration merits hearing, November 4 through 6 due to my colleague, Mr. Yaqoob's, PTO, and November 17 through 19 due to another arbitration merits hearing.

---

This is Defendants' first request for an adjournment of the trial.[1]

I thank the Court for its consideration of this request and for its understanding.

Respectfully submitted,

*/s/ Jeffrey A. Kimmel*
Jeffrey A. Kimmel
Partner
For the Firm

cc: Plaintiffs' attorney (via ECF)

The request to adjourn the trial is **GRANTED**. The start of trial is hereby adjourned to **November 9, 2026.** The Court notes that Wednesday, November 11 is a federal holiday; this 3-day trial is therefore scheduled for November 9, 10, and 12. The Clerk of Court is respectfully directed to close ECF No. 169.

SO ORDERED.

Dated: September 28, 2026
New York, New York

Dale E. Ho
United States District Judge

---

[1] Prior adjournments of the trial dates were initiated by the Court.