akerman

Jeffrey A. Kimmel

Akerman LLP
1251 Avenue of the Americas, 37th
Floor | New York, NY 10020
D: 212-259-6435 | C: 917-837-0121

September 30, 2026

**VIA ECF**

The Honorable Judge Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** ***Mbaye et al v. RCI Hospitality Holdings, Inc. et al***
**Case No. 1:23-cv-02967 (DEH)**

Dear Judge Ho:

We represent Defendants RCI Hospitality Holdings, Inc., Peregrine Enterprises Inc., RCI 33rd Ventures, Inc., 48 West 33rd Street Corp., RCI Dining Services (37th Street), Inc., Eric Langan, and Kes Senevi (collectively "Defendants") in the above-captioned matter. We respectfully write to request an adjournment of the final pretrial conference in this matter, currently scheduled for October 5, 2026.

In Defendants' September 28, 2026 letter to the Court requesting an adjournment of the trial in this matter, we neglected to also seek an adjournment of the October 5 pretrial conference. We apologize for the oversight. On the same basis as the September 28, 2026 adjournment request, we hereby request an adjournment of the currently scheduled pretrial conference. Plaintiffs consent to this request.

Among the dates in late October through early November, Defendants are not available on October 27 and November 3 through 6. Plaintiffs are not available October 23, October 28 through 30, and November 5.

We thank the Court for its consideration of this request and again apologize for the oversight.

---

Respectfully Submitted,

*/s/ Jeffrey A. Kimmel*
Jeffrey A. Kimmel
Partner
For the Firm

cc: Plaintiffs' attorney (via ECF)

Application **GRANTED**. The Final Pretrial Conference is adjourned until **November 2, 2026 at 2:00 pm**. The Clerk of Court is respectfully directed to close ECF No. 172.

SO ORDERED

Dated: September 30, 2026
New York, New York

Dale E. Ho
United States District Judge