UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edhadji Mbaye, et al.,

Plaintiffs,

v.

RCI Hospitality Holdings, Inc., et al.,

Defendants.

23-CV-2967 (DEH)

ORDER

DALE E. HO, United States District Judge:

The parties' proposed Joint Pretrial Order lists Plaintiffs' Exhibits 24 and 25, to which Defendants object. *See* ECF No. 156, at 12-13. By email to counsel for all parties on September 23, 2026, the Court alerted Plaintiffs' counsel that the Court could not locate Exhibits 24 and 25 among the electronic copies of exhibits submitted to the Court under Individual Rule 5(c), and requested that counsel submit the two exhibits. The Court reiterated its request by email to counsel for all parties on October 26, 2026. To date, the Court has not received a response from Plaintiffs' counsel and has not received Exhibits 24 and 25. By no later than **1:00 p.m.** on **October 29, 2026**, counsel for Plaintiffs are directed to submit Exhibits 24 and 25 to the Court by email in accordance with Individual Rule 5(c).

SO ORDERED.

Dated: October 28, 2026
New York, New York

DALE E. HO
United States District Judge