UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elhadji Mbaye, et al.,<br>Plaintiffs,<br>v.<br>RCI Hospitality Holdings, Inc., et al.,<br>Defendants. | 23-CV-2967 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court will hold a conference in this matter on **November 5, 2026**, at **11:00 a.m.** in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY. The parties are directed to serve a copy of this Order on counsel for Mr. Kevlin so that Mr. Kevlin's counsel can attend the conference, and to file proof of service on the docket.

SO ORDERED.

Dated: November 4, 2026
New York, New York

DALE E. HO
United States District Judge