UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elhadji Mbaye, et al.,

Plaintiffs,

v.

RCI Hospitality Holdings, Inc., et al.,

Defendants.

23-CV-2967 (DEH)

ORDER

DALE E. HO, United States District Judge:

Currently before the Court is Defendants' Motion in Limine, ECF No. 157, as well as evidentiary objections in the parties' joint Proposed Pre-Trial Order, ECF No. 156. For the reasons discussed at the Final Pretrial Conference held on November 2, 2026, the Court orders as follows:

- Plaintiffs' request to preclude Defendants' witnesses Steven Deangelo, Terrence Skelly, and Oscar Abreu is **DENIED**.
- Defendants' request to preclude Plaintiffs' Exhibit 1 is **GRANTED IN PART and DENIED IN PART.** The motion is denied as to the cover page through Part I, and the signature page, of each of the 10-K filings. The motion is granted as to all other parts of each of the 10-K filings. Plaintiff shall modify Exhibit 1 accordingly and submit an electronic copy to chambers.
- Defendants' request to preclude Plaintiffs' Exhibits 6, 7, 8, 9, 10, and 11 is **DENIED WITHOUT PREJUDICE.**
- Defendants' request to preclude Plaintiffs' Exhibits 18, 19, and 20, and related testimony on the ultimate issue of Plaintiffs' employment status, is **DENIED**. Defendants may propose a limiting instruction regarding this evidence.

- Defendants' request to preclude Plaintiffs' Exhibits 24 and 25, and testimony about prior actions involving Defendants, is **GRANTED IN PART and DENIED IN PART.** The motion is granted as to Exhibits 24 and 25, which are precluded. The motion is also granted as to any testimony regarding the New York State criminal investigation. The motion is denied as to testimony regarding Defendants' past misclassification of employees, for the limited purpose of establishing willfulness.
- Defendants' request to preclude testimony about the reclassification of bathroom attendants is **GRANTED WITHOUT PREJUDICE** to Plaintiffs' use of such evidence for impeachment purposes if Defendants elicit testimony that reclassification was not feasible.

The Clerk of Court is respectfully directed to close ECF No. 157.

SO ORDERED.

Dated: November 3, 2026
New York, New York

DALE E. HO
United States District Judge