UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elhadji Mbaye, et al.,

Plaintiffs,

v.

RCI Hospitality Holdings, Inc., et al.,

Defendants.

23-CV-2967 (DEH)

ORDER

DALE E. HO, United States District Judge:

Currently before the Court are two motions from Plaintiffs: a Letter Motion for Leave to File Supplemental Exhibits, ECF No. 177; and a Letter Motion to Compel Defendants to Produce Mr. Kevlin at Trial, ECF No. 178. For the reasons discussed at the conference held on November 5, 2026, the Court orders as follows:

- Plaintiffs' request to supplement their exhibit list with proposed Exhibit 26 is **GRANTED** without prejudice to Defendants raising their objection again if they can establish that the photographs Plaintiffs intend to introduce were not produced in discovery.
- Plaintiffs' request to supplement their exhibit list with proposed Exhibits 27-1 and 27-2 is **DENIED**. The judicial decisions will not be admitted as exhibits. The parties are directed to confer and propose a brief, neutral instruction for the jury regarding the *Hart* litigation.
- Plaintiffs' request to supplement their exhibit list with proposed Exhibits 28 and 29 is **GRANTED**.
- Plaintiffs' request to supplement their exhibit list with proposed Exhibit 30 is **DENIED AS MOOT**. Consistent with Plaintiffs' representation at the conference, this Exhibit may be used only for impeachment purposes.

- Plaintiffs' request for various relief related to the production of Mr. Kevlin at trial is **GRANTED IN PART**. Both Plaintiffs and Defendants will be permitted to read Mr. Kevlin's prior statements into the record at trial. The parties are directed to confer and propose any potential instruction for the jury regarding Mr. Kevlin's absence and invocation of the Fifth Amendment, including any adverse inference instruction. By no later than **12:00 p.m.** on **November 6, 2026**, Plaintiffs are directed file on the docket designations of Mr. Kevlin's statements and any deposition exhibits they intend to use. By no later than **November 6, 2026**, Defendants are directed to file their counter-designations of the same and any objections to Plaintiffs' designations. By no later than **November 7, 2026**, Plaintiffs are directed to file any objections to Defendants' counter-designations.

As explained at the conference, the parties are directed to file all proposed curative or limiting instructions for the jury and all proposed stipulations by no later than **November 6, 2026**. The Clerk of Court is respectfully directed to close ECF Nos. 177 and 178.

SO ORDERED.

Dated: November 5, 2026
New York, New York

DALE E. HO
United States District Judge