UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elhadji Mbaye, et al.,

Plaintiffs,

v.

RCI Hospitality Holdings, Inc., et al.,

Defendants.

23-CV-2967 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of Plaintiffs' Letter requesting various relief related to the appearance of witnesses Charles Castro and Thomas Campbell in this case. *See* ECF No. 185. Defendants are directed to respond to Plaintiffs' Letter by no later than **November 6, 2026**.

SO ORDERED.

Dated: November 6, 2026
New York, New York

DALE E. HO
United States District Judge