UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elhadji Mbaye, et al.,

Plaintiffs,

v.

RCI Hospitality Holdings, Inc., et al.,

Defendants.

23-CV-2967 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of Plaintiffs' Proposed Judgment, ECF No. 201, and Defendants' Letter regarding a proposed judgment, ECF No. 202. The parties disagree about whether tips that Plaintiffs received from patrons at the Defendant clubs should be included in Plaintiffs' total compensation when determining the amount of damages for Plaintiffs' minimum wage claims under the New York Labor Law (NYLL).

Defendants cite no evidence presented at trial establishing their entitlement to reliance on a tip credit under New York law. And they cite no legal authority otherwise supporting their ability to rely on Plaintiffs' tips to offset their underpayment of the minimum wage. *Cf. Hart v. Rick's Cabaret Int'l, Inc.*, 73 F. Supp. 3d 382, 396 (S.D.N.Y. 2014) ("[T]he NYLL simply does not allow customer-paid performance fees to offset an employer's statutory duty to pay a minimum wage."). To the extent that Defendants rely on the final jury charge in this case, which instructed the jury to include tips within compensation when determining liability, that instruction was in error and did not speak to how the Court would calculate any damages.

The Court therefore will not include tips received from patrons in Plaintiffs' compensation when calculating damages. The Court will issue the Judgment in this case separately based on the parties' proposals.

SO ORDERED.

Dated: November 23, 2026
New York, New York

DALE E. HO
United States District Judge